■ SAMUEL REIKEN et al., Appellants, v NATIONWIDE LEISURE CORPORA-

TION et al., Defendants, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent. MANFRED J. D. Low, Appellant, v NATIONWIDE LEISURE CORPORATION et al., Defendants, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent. ARLENE RICHMAN et al., Appellants, v NATIONWIDE LEISURE CORPORATION et al., Defendants, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent. GLORIA GOODMAN et al., Appellants, v NATIONWIDE LEISURE CORPORATION et al., Defendants, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.—Order, Supreme Court, New York County, entered on March 6, 1979, and order of said court, entered on October 24, 1978, and order of said court, entered on December 4, 1978, and order of said court entered on January 8, 1979, insofar as appealed from, all unanimously reversed, on the law. (See *Dupack v Nationwide Leisure Corp.,* 73 AD2d 903.) Appellants shall recover of respondent one bill of $75 costs and disbursements of these appeals. Concur—Kupferman, J. P., Sandler, Markewich and Yesawich, JJ.